**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Susan R Woods<br>         Debtor, | Chapter: 7<br>Case No: 06–42606<br>Judge Henry J. Boroff |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above–referenced case on **JANUARY 16, 2007** as document number **52** . A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

**THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:**

☑ **Document has wrong PDF image/unreadable.** Please re–file electronically with correct and readable PDF using the event found under the Other category titled "Corrected PDF Document in Re: 2 Day Order".

☐ **Document Docketed using wrong event.** Please re–file electronically using correct event.

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as "/s/YOUR NAME" or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using separate docketing events.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **Other:**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| | |
|---|---|
| Date:1/16/07 | By the Court,<br><br>Yingmay Steele<br>Deputy Clerk<br>508–770–8963 |

53 – 52