

258 Toftrees Ave. Apt. 315
State College, PA 16803

Feb. 1, 1996

Doc: 992119168 OR /6310/0035   08/01/2001 12:01

To Whom It May Concern:

R. Susan Woods of 58 Russell St. in Hadley, MA, owns 50% of the same property, 58 Russell St., Hadley, MA. I own the other 50%. We have co-owned this property since July 1991.

As I am currently living out of state, Susan Woods has full right to rent out rooms at the said property to whomever she deems appropriate as lisencees.

If you have any further questions, please contact me at work at (717) 242-0313 or at home at (814) 235-1057.

Sincerely,

Kristen Walser

2-2-97
po-

Feb. 25, 1999

ATTEST: HAMPSHIRE, *Marianne L. Donohue*, REGISTER
MARIANNE L. DONOHUE