B 104 (3/87)

## ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER** (Court Only)

| PLAINTIFFS<br><br>STEVEN WEISS, TRUSTEE | DEFENDANTS<br><br>KRISTEN WALSER |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>STEVEN WEISS, ESQUIRE<br>SHATZ, SCHWARTZ AND FENTIN, P.C.<br>1441 MAIN STREET, SPRINGFIELD, MA 01103<br>(413) 737-1131 | ATTORNEYS (If Known) |

**PARTY** (Check one box only)  ☒ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

This is an Adversary Proceeding seeking a determination that the Debtor has equitable title in and to one half interest in real property at 58 Russell St., Hadley, MA and requesting an order under Bankruptcy Code U.S.C. § 363(h) authorizing the sale of non-debtor's interest in said property.

### NATURE OF SUIT
(Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☒ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object to or revoke a discharge 11 U.S.C. ∋ 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. ∋ 523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such
- ☐ 456 To obtain a declaratory judgement relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

| ORIGIN OF PROCEEDINGS (Select one box only) | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred From Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|
| **DEMAND** | Nearest Thousand | Other Relief Sought<br>**DECLARATORY RELIEF & AUTHORITY TO SELL** | | | ☐ Jury Demand |

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR: R. SUSAN WOODS | BANKRUPTCY CASE NO. **06-42606-HJB** |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>MASSACHUSETTS | DIVISIONAL OFFICE<br>WESTERN | JUDGE<br>HENRY J. BOROFF |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one box only.) ☐ FEE ATTACHED ☐ FEE NOT REQUIRED ☒ FEE IS DEFERRED |
|---|
| DATE: October 1, 2007 | PRINT NAME OF ATTORNEY<br>STEVEN WEISS, ESQUIRE | SIGNATURE OF ATTORNEY |