Bk: 8711 Pg: 332 Page: 1 of 1
Recorded: 05/11/2006 10:16 AM

06-0418

Doc ID# 00070786377MN35

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Nation One Mortgage Company, Inc.

holder of a real estate mortgage

From: R. Susan Woods

To: Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Nation One Mortgage Company, Inc.

Dated: May 4, 2005

Recorded with the Hampshire County Registry of Deeds in Book 8247 Page 241

property at: 70 Russell Street, Hadley, MA 01035

for value received and other good and valuable consideration paid assigns said mortgage and the note and claim secured thereby to:

Countrywide Home Loans, Inc.

whose address is 155 North Lake Avenue, Pasadena, CA 91109

In witness whereof, the said Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Nation One Mortgage Company, Inc., has caused its seal to be hereto affixed and these presents to be signed, acknowledged and delivered in its name and behalf by SANDY ALIOTTA, ASSISTANT VICE PRESIDENT, its APR 0 6 2006, hereto duly authorized, effective the 6th day of APRIL, 2006.



Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Nation One Mortgage Company, Inc.

By: _____
its SANDY ALIOTTA, ASSISTANT VICE PRESIDENT

STATE OF TEXAS

COUNTY COLLIN

APR 0 6 2006, 2006

Then personally appeared the above named Sandy Aliotta of Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Nation One Mortgage Company, Inc., and acknowledged the foregoing instrument to be his free act and deed in such capacity and the free act and deed of Mortgage Electronic Registration Systems, Inc. acting solely as Nominee for Nation One Mortgage Company, Inc., before me

_____
Notary Public
My commission expires:

ATTEST: HAMPSHIRE, Marianne L. Donohue, REGISTER
MARIANNE L. DONOHUE

KORDE & ASSOCIATES, P.C.
Counsellors at Law
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100