UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Case No. 06-42606 - hjb
Chapter 7

In re:
Susan R. Woods
    Debtor

### Supplement to Motion for Reconsideration in the Matter of Request to Reopen Petitioner Woods' 2006 Bankruptcy

Petitioner's "Motion for Reconsideration" lacked exhibits. Exhibits are attached. These are a sampling of documents relating to the loan servicer and/or purported bank for the loans for each property. The dominant common denominator is Goldman Sachs. There is much discussion to present about each document.

Respectfully submitted,

R. Susan Woods
pro se, until further notice
August 7, 2018
43 West Street, PO Box 160
Hadley, MA 01035-0160
tel. 413/883-1414
email: rsusanwoods@gmail.com

[margin annotation: 08/08/2018 AFTER REVIEW OF THE ATTACHED EXHIBITS, THE COURT'S JULY 19, 2018 AND AUGUST 2, 2018 ORDERS [DOCKET #240 AND #248] ARE REAFFIRMED.]

[margin annotation: Exhibit D.Cox]